# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00539-CV

**Board of Regents of the Texas State University System, Alan Dreeben, Kent Adams, Don Flores, Jimmy Hayley, Dora Alcala, John Dudley, Bernie Francis, Pollyanna Stephens, and Chancellor Charles Matthews, Appellants**

**v.**

**Lamar Urbanovsky, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. GN502558, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants have asked this Court to abate the appeal for forty-five days while the parties attempt to finalize a settlement agreement. We will grant the request and will abate the appeal until January 12, 2006. If by that time the parties have not finalized their settlement agreement and filed a motion to dismiss with this Court, the parties are asked to file a report informing this Court of the status of the negotiations and the appeal.

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed:  December 2, 2005